JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

10/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE FUND I, L.P., by and through INNOVATIVE FUND PARTNERS, LLC, solely in its capacity as attorney-in-fact,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NOTTINGHAM COMPANY, INC.; SANVILLE & COMPANY; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 8:20-cv-01888-CJC (DFMx)<br><br>[Assigned to Hon. Cormac J. Carney and Magistrate Judge Douglas F. McCormick]<br><br>**ORDER APPROVING REMAND TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (DKT. 13)**<br><br>Complaint Filed:  July 29, 2020<br>Action Removed:   September 30, 2020 |

///

///

1  Upon consideration of the parties' stipulation to remand this matter to the Superior
2  Court of California, County of Orange, and good causing appearing, it is hereby
3  **ORDERED** that this case is remanded to that Court and that the Clerk shall terminate
4  this matter from the Court's docket.

7  DATED: October 27, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE